UNITED STATES of America, Appellant, v. VANCOUVER BREWERIES, Limited, et al., Appellees.

No. 7742.

Circuit Court of Appeals, Ninth Circuit.

Aug. 5, 1935.

Sam E. Whitaker, Sp. Asst. to Atty. Gen. (J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Tom De Wolfe, Sp. Asst. to Atty. Gen., of counsel), for the United States.

Eggerman & Rosling, D. G. Eggerman, and Edw. L. Rosling, all of Seat-

tle, Wash. (De Witt Williams, of Seattle, Wash., of counsel), for appellees.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.